

# Fourth Court of Appeals
## San Antonio, Texas

March 5, 2025

No. 04-24-00873-CV

**IN RE** Corinne **JENKINS**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Chief Justice
Irene Rios, Justice
Lori Massey Brissette, Justice

On December 27, 2024, relator filed a petition for writ of mandamus, asserting the trial court lacked subject matter jurisdiction to issue child custody orders. We agree and conditionally grant the writ of mandamus and direct the trial court to vacate its child custody orders issued on September 25, 2023 and December 18, 2024. The writ will issue only if the trial court fails to vacate these orders and dismiss any claim for conservatorship, possession and access relating to the child within fifteen days from the date of our opinion and order.

It is so **ORDERED** on March 5, 2025.

_____
Lori Massey Brissette, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of March, 2025.

_____
Luz Estrada, Chief Deputy Clerk

---

[1] This proceeding arises out of Cause No. 2023CI04742, pending in the 37th Judicial District Court, Bexar County, Texas, the Honorable Christine Vasquez-Hortick presiding.